IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAITRIONA BRADY | : CIVIL ACTION |
| | : |
| v. | : NO. 19-5082 |
| | : |
| THE MIDDLE EAST FORUM, *et al.* | : |

## ORDER

AND NOW, this 19th day of December 2019, upon finding Plaintiff filed an Amended

Complaint (ECF Doc. No. 11) mooting Defendants' Motion to dismiss (ECF Doc. No. 9), it is

ORDERED Defendants' Motion to dismiss (ECF Doc. No. 9) is DENIED as moot.

KEARNEY, J.