**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CAITRIONA BRADY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 19-5082** |
| | : | |
| **THE MIDDLE EAST FORUM,** *et al.* | : | |

## ORDER

**AND NOW**, this 2nd day of January 2020, upon considering the parties' attached Stipulation, and finding good cause, it is **ORDERED**:

1.      We **dismiss** Defendants Daniel Pipes, Gregg Roman and Matthew Bennett without prejudice; and,

2.      Defendant, the Middle East Forum, is granted leave to respond to the amended Complaint (ECF Doc. No. 11) no later than **January 16, 2020**.

_____
**KEARNEY, J.**

**COZEN O'CONNOR**
David J. Walton (PA # 86019)
Leigh Ann Benson (PA #319406)
1650 Market Street, Suite 2800
Philadelphia, PA 19103
P: 215-665-2000
F: 215-665-2013
dwalton@cozen.com
lbenson@cozen.com

*Attorneys for Defendants*
*The Middle East Forum, Daniel Pipes,*
*Gregg Roman and Matthew Bennett*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAITRIONA BRADY | : | CIVIL ACTION NO. 2:19-cv-05082-MAK |
| | : | |
| Plaintiff, | : | |
| -vs- | : | |
| | : | |
| THE MIDDLE EAST FORUM, | : | |
| DANIEL PIPES (*individually*), | : | |
| GREGG ROMAN *(individually)*, and | : | |
| MATTHEW BENNETT (*individually*) | : | |
| | : | |
| Defendants. | : | |

## STIPULATION

It is hereby STIPULATED and AGREED among the undersigned counsel for the parties

that all claims asserted by plaintiff Caitriona Brady against defendants Daniel Pipes, Gregg

Roman, and Matthew Bennett shall be dismissed, without prejudice. Plaintiff reserves the right to

amend her complaint to add the individual defendants hereby dismissed without prejudice when

her rights under the Pennsylvania Human Relations Act vest, one year after Plaintiff's Charge of

Discrimination was filed at the EEOC.

Also, it is hereby STIPULATED and AGREED among the undersigned counsel for the

parties that the time for defendant The Middle East Forum to Answer or otherwise respond to the

Amended Complaint is extended by fourteen (14) days until and including January 16, 2020.

WHEREFORE, the Parties request that the Court APPROVE of this Stipulation as an

Order.

Respectfully submitted,

| */s/ Seth D. Carson* | */s/ David J. Walton* |
|---|---|
| Seth D. Carson, Esq. (PA#319886) | David J. Walton, Esq. (PA#86019) |
| Derek Smith Law Group, PLLC | Leigh Ann Benson, Esq. (PA#319406) |
| 1835 Market Street | COZEN O'CONNOR |
| Suite 2950 | 1650 Market Street |
| Philadelphia, PA 19103 | Suite 2800 |
| Phone: 215-391-4790 | Philadelphia, PA 19103 |
| *Attorney for Plaintiff* | Phone: 215-665-2000 |
| | *Attorneys for Defendants* |

Dated: December 31, 2019                      Dated: December 31, 2019

APPROVED and SO ORDERED on this _____ day of _____, 20__:

_____
The Honorable Mark A. Kearney
United States District Judge

LEGAL\44186717\1