IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAITRIONA BRADY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 19-5082** |
| | : | |
| **THE MIDDLE EAST FORUM** | : | |

# ORDER

**AND NOW**, this 6th day of July 2020, it having been reported this morning the above captioned matter is settled but also mindful of today's scheduled **show cause** hearing under our March 5, 2020 Order (ECF Doc. No. 23) to determine an appropriate monetary sanction for Plaintiff's counsel's failure to appear at our January 31, 2020 pretrial conference, it is **ORDERED**:

1. This action is **DISMISSED with prejudice** under agreement of counsel and Local Rule of Civil Procedure 41.1(b);[1] and,

2. Nothing in this Order affects counsel's continued obligation to appear for the **show cause** hearing today.

**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).