Middle East Forum  
File Number: 467334.000  
Invoice No.: 1390370

August 17, 2020  
Page 19

| Date | Initials | Description of Services | Hours |
|---|---|---|---|
| | | [redacted] | |
| 08/05/20 | JRC | Draft motion for contempt against Derek Smith Law Group. | 4.60 |
| 08/05/20 | JRC | Research re: contempt cases in EDPA and 3d Cir. on failure to follow judicial orders, pattern of contempt, and available sanctions for use in Motion for Contempt against Derek Smith Law Group. | 2.30 |
| 08/05/20 | JRC | Proof, incorporate edits, finalize and arrange for filing motion for contempt against Derek Smith Law Group. | 1.80 |
| 08/05/20 | KBR | Finalized and filed Motion for Contempt | 0.40 |
| 08/05/20 | LAB | Review and revise draft motion for contempt | 0.30 |
| 08/06/20 | LAB | Review emails between counsel re: motion for contempt | 0.30 |
| 08/07/20 | JRC | Call with all counsel re: strategy and related issues; calls and correspondence with D. Walton and L. Benson re: motion for sanctions and strategy. | 2.20 |

Middle East Forum  
File Number: 467334.000  
Invoice No.: 1390370  

August 17, 2020  
Page 20

| Date | Initials | Description of Services | Hours |
|---|---|---|---|
| 08/07/20 | LAB | Review emails and opposition to motion for contempt | 0.30 |
| 08/07/20 | LAB | Review emails between counsel re: motion for contempt | 0.30 |
| 08/10/20 | LAB | Review and respond to emails re: contempt motion | 0.20 |
| 08/12/20 | LAB | Review and respond to emails re: motion for contempt/sanctions | 0.50 |
| 08/12/20 | LAB | Call with D. Walton re: contempt hearing | 0.30 |
| 08/13/20 | LAB | Prepare for hearing on order to show cause | 1.50 |
| 08/13/20 | LAB | Strategy call with D. Walton and J. Cavalier re: hearing on contempt motion | 0.60 |
| 08/13/20 | LAB | Appear for hearing on motion for contempt | 1.80 |
| 08/13/20 | LAB | Call with D. Walton and J. Cavalier re: strategy following hearing on motion for contempt | 0.50 |
| 08/14/20 | LAB | Strategy call with D. Walton | 0.30 |
| | | **Total Hours Billed:** | █████ |


Middle East Forum  
File Number: 467334.000  
Invoice No.: 1390370

August 17, 2020  
Page 21

## Time And Fee Summary

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| ▉▉▉▉▉▉▉ | | | |
| Cavalier, J.R. | 340.00 | 144.10 | 48,994.00 |
| ▉▉▉▉▉▉▉ | | | |
| Benson, L. | 250.00 | 49.10 | 12,275.00 |
| ▉▉▉▉▉▉▉ | | | |
| Rhym, K.B. | 110.00 | 15.10 | 1,661.00 |
| **Totals:** | | **303.90**  $ | **94,773.50** |